IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIMOTHY COLEMAN
and TERRY DENISE COLEMAN,

    Plaintiffs,

v.

DANE COUNTY JAIL
and EAU CLAIRE COUNTY JAIL,

    Defendants.

ORDER

Case No. 20-cv-842-jdp

---

Plaintiff Timothy Coleman and Terry Denise Coleman have filed a proposed civil complaint. Plaintiff Terry Coleman seeks to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.

From the affidavit of indigency plaintiff Terry Coleman has submitted, I find that she is unable to prepay the fees and costs of commencing this action or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiff Terry Denise Coleman's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 27th day of October, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge