IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIMOTHY COLEMAN and
TERRY DENISE COLEMAN,

    Plaintiffs,

v.

DANE COUNTY JAIL and EAU CLAIRE
COUNTY JAIL,

    Defendants.

ORDER

Case No. 20-cv-842-jdp

---

On September 21, 2020, this court entered an order directing plaintiff Timothy Coleman submit by October 14, 2020 an affidavit of indigency to determine if he qualifies for indigency status. Plaintiff has not submitted the requested affidavit and on November 10, 2020, mail sent to plaintiff was returned to the court undelivered.

ORDER

IT IS ORDERED that plaintiff Timothy Coleman may have until December 4, 2020, in which to submit an affidavit of indigency and return it to the court. If plaintiff fails to provide this requested information in a timely fashion, plaintiff will be held to have withdrawn from this action voluntarily.

Entered this 11th day of November 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

TIMOTHY COLEMAN and TERRY
DENISE COLEMAN,

        ORDER

    Plaintiffs,

v.                                             Case No.  20-cv-842-jdp

DANE COUNTY JAIL , et al.

    Defendants.

**NON-PRISONER REQUEST TO PROCEED IN DISTRICT COURT**
**WITHOUT PREPAYING THE FILING FEE**

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

**I.**     **Personal Information**

1)    Are you employed?                                ☐ Yes        ☐ No

2)    Are you married?                                   ☐ Yes       ☐ No
        If "Yes," is your spouse employed?     ☐ Yes       ☐ No

3)    Do you have any dependents that you are responsible for supporting?
        ☐ Yes       ☐ No
        If "Yes," list them below:

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

**II.** **Income** - If you are married, your answers *must include your spouse's income.*
(When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1) State your total *monthly* wages or salary?     $ _____

2) Provide the name and address of your employer(s):

   _____

3) State your spouse's total *monthly* wages or salary?   $ _____

State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

Source of income                                             Amount

_____         $ _____

_____         $ _____

**III.** **Expenses** - If you are married or have dependents, *your expenses should also include your household's expenses.*
(When calculating household expenses, you may include groceries, clothing, medical costs, utilities that are not included in your rental payments, transportation, and insurance.)

1) Identify the following amounts that you pay per month:

   ☐ Rent or    ☐ Mortgage               $ _____

   Car payment(s)                        $ _____

   Alimony or court-ordered child support  $ _____

   Credit card payment(s)                $ _____

2)     Do you have any other *monthly* expenses that you have not already listed?
□ Yes      □ No

If "Yes," list them below:

| Expense | Amount |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

3)     What are your total *monthly* expenses?    $_____

**IV.**     **Property** - If you are married, your answers must ***include your spouse's property.***

1)     Do you own a car?    □ Yes    □ No      If "Yes," list car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

2)     Do you own your home(s)?    □ Yes    □ No

If "Yes," state the approximate value(s).    $_____

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?    $_____

3)     Do you have any cash or checking, savings, or other similar accounts?
□ Yes      □ No

If "Yes," state the total of such sums.    $_____

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork or jewelry?

☐ Yes  ☐ No

If "Yes," describe the property and the approximate value(s).

_____

**V.** **Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

_____

I, _____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

_____    _____
Date                                                            **Signature** - **Signed Under Penalty of Perjury**