IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY COLEMAN and
TERRY DENISE COLEMAN,

    Plaintiffs,                                           Case No.  20-cv-842-jdp

    v.

DANE COUNTY JAIL and
EAU CLAIRE COUNTY JAIL,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 12/18/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |